IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **BENJAMIN F. CROSBY, III** | **PLAINTIFF** |
| v. | CIVIL NO. 1:15-cv-155-HSO-JCG |
| **KATHRYN ADELE MITTELSTAEDT; DOUGLAS E. MITTELSTAEDT; CAROL ANN MITTELSTAEDT KOELMAY; GREGORY P. HOLCOMB; WILLIAMS, WILLIAMS & MONTGOMERY, P.A.; AND XYZ INSURANCE COMPANY** | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE